UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SANDRA BURTON,<br><br>     Plaintiff,<br><br>v.<br><br>BENJAMIN S. CARSON, Sr., M.D.,<br><br>     Defendant. | Case No. 12-cv-01537 (CRC) |

## VERDICT FORM

1. Do you find that the Plaintiff, Sandra Burton, has proven her claim of retaliation by a preponderance of the evidence?

   _____ YES           _____X_____ NO

2. Do you find that the Plaintiff, Sandra Burton, has proven her claim of a retaliatory hostile work environment by a preponderance of the evidence?

   _____ YES           _____X_____ NO

**If you answered "YES" to either Question 1 or 2, proceed to Questions 3 through 5. If you answered "NO" to both Questions 1 and 2, do not answer Questions 3 through 5 and proceed to the end of the Verdict Form.**

3. How much do you award the Plaintiff in compensatory damages?

   $ _____

4. How much do you award the Plaintiff in back pay damages?

   $ _____

5. How much do you award the Plaintiff in nominal damages?

   $ _____

THIS IS THE CONCLUSION OF THE VERDICT FORM.  THE FOREPERSON OF THE JURY SHOULD SIGN AND DATE THIS VERDICT FORM AND RETURN IT TO THE COUTROOM DEPUTY.

_____
Foreperson

_____7/17/17_____
Date