| Government | ☐ | | *Sandra Burton* | | |
|---|---|---|---|---|---|
| Plaintiff | ■ | | | | |
| Defendant | ☐ | | v. | | Civil No. 12-1537 (CRC) |
| Joint | ☐ | | | | |
| Court | ☐ | | *Benjamin Carson, Sr., M.D.,* Secretary, | | |
| | | | U.S. Department of Housing and Urban Development | | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| P1 | Maintain Performance Document–Performance Review Sandra S. Burton | **7/10/17** | **7/10/17** | **Keith Surber** | **7/17/17 @ 1:45 PM** |
| P2 | Email re: My comments for the rating | | **7/13/17** | | **7/17/17 @ 1:45 PM** |
| P3 | Email re: On line for telecommuting | | **7/13/17** | | **7/17/17 @ 1:45 PM** |
| P4 | Email re: Comment resolution process | **7/11/17** | **7/11/17** | **Sandra Burton** | **7/17/17 @ 1:45 PM** |
| P5 | Email re: FPDS-NG Corrections | **7/11/17** | **7/11/17** | **Sandra Burton** | **7/17/17 @ 1:45 PM** |
| P6 | Email re: Property and equipment | **7/11/17** | **7/11/17** | **Sandra Burton** | **7/17/17 @ 1:45 PM** |
| P7 | Email re: ARCATS Remediation Plan involving HIAMS | | **7/13/17** | | **7/17/17 @ 1:45 PM** |
| P8 | Email re: Chapter 12 handbook change | **7/11/17** | **7/11/17** | **Sandra Burton** | **7/17/17 @ 1:45 PM** |
| P9 | Email re: HUD Did Not Adequately Plan the Procurement of the | | **7/13/17** | | **7/17/17 @ 1:45 PM** |

| | | | | | |
|---|---|---|---|---|---|
| | Management and Marketing Contracts, 2010-HA-0001, dated November 9, 2010 (8:51am) | | | | |
| P10 | Email re: HUD Did Not Adequately Plan the Procurement of the Management and Marketing Contracts, 2010-HA-0001, dated November 9, 2010 (9:56 am) | | 7/13/17 | | 7/17/17 @ 1:45 PM |
| P11 | Email re: FPDS-NG V&V Review – FY 2010 | | 7/13/17 | | 7/17/17 @ 1:45 PM |
| P12 | Email re: WebTA | 7/13/17 | 7/13/17 | **Elie Stower** | 7/17/17 @ 1:45 PM |
| P13 | Email re: HCA Project (12:52 am) | 7/11/17 | 7/11/17 | **Sandra Burton** | 7/17/17 @ 1:45 PM |
| P14 | Email re: HCA Project (1:09 pm) | 7/11/17 | 7/11/17 | **Sandra Burton** | 7/17/17 @ 1:45 PM |
| P15 | Email re: HCA Project (1:43 pm) | 7/11/17 | 7/11/17 | **Sandra Burton** | 7/17/17 @ 1:45 PM |
| P16 | Email re: HCA Project (1:47 pm) | 7/11/17 | 7/11/17 | **Sandra Burton** | 7/17/17 @ 1:45 PM |
| P17 | Email re: Telework Agreement (11/17/10) | | 7/13/17 | | 7/17/17 @ 1:45 PM |
| P18 | Email re: Elie | | 7/13/17 | | 7/17/17 @ 1:45 PM |
| P19 | Email re: email just received for my suspension | | 7/13/17 | | 7/17/17 @ 1:45 PM |
| P20 | Email re: Sandra Burton's Time | | 7/13/17 | | 7/17/17 @ 1:45 PM |
| P21 | Email re: Please validate your time | | 7/13/17 | | 7/17/17 @ 1:45 PM |
| P22 | Email re: Elie | 7/11/17 | 7/11/17 | **Sandra Burton** | 7/17/17 @ 1:45 PM |

| | | | | | |
|---|---|---|---|---|---|
| P23 | Email re: webTA NOTIFY notification from SANDRA S. BURTON | | | | |
| P24 | Email re: Sandra Burton's Time | | | | |
| P25 | Email re: Delegations of Authority | | 7/13/17 | | 7/17/17 @ 1:45 PM |
| P26 | Email re: Elie | | 7/13/17 | | 7/17/17 @ 1:45 PM |
| P27 | Email re: Telework Agreement (11/18/10) | 7/13/17 | 7/13/17 | **Elie Stower** | 7/17/17 @ 1:45 PM |
| P28 | Email **Addressees:** S. Burton; E. Stowe **Subj. Line:** Signing on for telecommuting for today November 30, 2010 | | 7/13/17 | | 7/17/17 @ 1:45 PM |
| P29 | Email re: Approval of Sick Leave | | | | |
| P30 | Email re: IAA sample with replacements & contact history reports | | | | |
| P31 | Letter re: Retaliation against Sandra Burton | 7/12/17 | 7/12/17 | **Sandra Burton** | 7/17/17 @ 1:45 PM |
| P32 | Email re: Change order C127160 Closed | | 7/13/17 | | 7/17/17 @ 1:45 PM |
| P33 | Email re: Task Completed: HCA Delegations – reinstated from deletion | | 7/13/17 | | 7/17/17 @ 1:45 PM |
| P34 | Email re: Proposed Suspension | | 7/13/17 | | 7/17/17 @ 1:45 PM |
| P35 | Tonya Houston EEOC Complaint, HUD 00019-2011 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| P36 | Email re: ARCATS 2007-DP-0003-00BB and 004B | | | | |
| P37 | Email re: A-123 Deficiencies | **7/12/17** | **7/12/17** | **Sandra Burton** | **7/17/17 @ 1:45 PM** |
| P38 | Email re: OCPO Hostile Work Environment and Violence in the Workplace – URGENT and COMPELLING Plea | **7/12/17** | **7/12/17 (Redacted)** | **Sandra Burton** | **7/17/17 @ 1:45 PM** |
| P39 | Email re: Need Status | | **7/13/17** | | **7/17/17 @ 1:45 PM** |
| P40 | Memorandum re: Official Reprimand | | | | |
| P41 | Letter re: EEOC Complaint No.: HUD-00024-2011 | | **7/13/17** | | **7/17/17 @ 1:45 PM** |
| P42 | Memorandum re: Response to Official Reprimand | | | | |
| P43 | Memorandum re: Response to Proposed Disciplinary Action | | | | |
| P44 | Email re: GAO engagement 120944 – HUD Case Study Contracts | | **7/13/17** | | **7/17/17 @ 1:45 PM** |
| P45 | Letter re: Corrected Notice of Receipt regarding S. Burton EEOC Charge | | | | |
| P46 | Email re: Return to Duty - Houston | | | | |
| P47 | Informal Complaint of Discrimination – Tonya Houston | | | | |
| P48 | Email re: Workplace Bullying and Reasonable Accommodations | | | | |
| P49 | Email re: Sandra Burton | | | | |

| | | | | | |
|---|---|---|---|---|---|
| P50 | Email re: Retirement Application Reports 1/16/12 | | | | |
| P51 | Complaint in Tonya Houston matter (12-cv-0312 (JEB)) | | | | |
| P52 | Notice of Debt – MediCorp Health System | | | | |
| P53 | Past Due Notices – Lincare, Inc. | | | | |
| P54 | Past Due Notice – Insight Physicians PC | | | | |
| P55 | Past Due Notice – PNC Bank | | | | |
| P56 | Final Notice before Suspension and Termination of Service – Comcast | | | | |
| P57 | Stafford County Virginia, Personal Property Delinquent Notice Tax Year 2013 Bill Nos.: 26370, 5605, 17992, 52469 | | | | |
| P58 | GPA Collection Services/Greensboro Pathology | | | | |
| P59 | Greensboro Pathology Associates Medical Bill | | | | |
| P60 | Past Due Notice – Virginia Propane | | | | |
| P61 | Turn Off Notice – Dominion Virginia Power | | | | |
| P62 | Past Due Notice – State Farm Home Owners Insurance | | | | |
| P63 | Past Due Notice – Direct TV | | | | |
| P64 | Past Due Notice – Bank of America Home Loan | | | | |
| P65 | Commonwealth of Virginia Department of Taxation, Notification of Assessment | | | | |

| | | | | | |
|---|---|---|---|---|---|
| P66 | Past Due Notice – Deer Park Direct | | | | |
| P67 | Past Due notice – Sovereign Santander | | | | |
| P68 | Past Due Notice – Capital One Best Buy Card | | | | |
| P69 | Commonwealth of Virginia Department of Taxation, Consolidated Bill Notice Immediate Action Required | | | | |
| P70 | Past Due Notice – Waste Management | | | | |
| P71 | Past Due Notice – Bank of America Credit Card | | | | |
| P72 | PNC Bank Statement | | | | |
| P73 | Commonwealth of Virginia Department of Taxation, Notification of Payment Held | | | | |
| P74 | Sandra Burton Experian Credit Score | | | | |
| P75 | Email re: Retirement application reports 1/16/12 (12:15 pm) | | | | |
| P76 | Email re: Retirement application reports 1/16/12 (12:09 pm) | | | | |
| P77 | Email re: Retirement application reports 1/16/12 (11:55 am) | | | | |
| P78 | Email re: For review | | | | |
| P79 | Demonstrative Exhibit | | 7/13/17 | | 7/17/17 @ 1:45 PM |
| P80 | Douglas Factors in Depth | 7/10/17 | 7/10/17 | Keith Surber | 7/17/17 @ 1:45 PM |
| P81 | ROI, HUD-00023-2011/2011A, G2, pp. 54-121 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| P82 | Copy of Position Description | | 7/13/17 | | 7/17/17 @ 1:45 PM |
| P83 | Certified Summary of Federal Service | | | | |
| P84 | Memorandum re: Letter of Concern 2/6/09 | | | | |
| P85 | Email re: Completed Tasks June 2010 – February 2011, 6/2010 | | | | |
| P86 | Email re: Keeping the Lines of Communication Open | | | | |
| P87 | Email re: HCA Project (3:12 pm) | | 7/13/17 | | 7/17/17 @ 1:45 PM |
| P88 | Email re: IAAs Files for Active/Awarded | | | | |
| P89 | Email re: I am burning the midnight oil but am trying to get this management decision completed | | | | |
| P90 | Email re: To meet a deadline for the OIG, I need proof of the following recommendation ASAP | | 7/13/17 | | 7/17/17 @ 1:45 PM |
| P91 | Email re: FW: HITS CAP | | | | |
| P92 | Email re: Contract Counts | | 7/13/17 | | 7/17/17 @ 1:45 PM |
| P93 | Email re: 2011-DP-0001 | | 7/13/17 | | 7/17/17 @ 1:45 PM |
| P94 | Email re: Corrective action plan for HITS report (2011-DP-0001) | | 7/13/17 | | 7/17/17 @ 1:45 PM |
| P95 | Email re: ARCATS 2007-DP-003-00BB and 004B | | 7/13/17 | | 7/17/17 @ 1:45 PM |
| P96 | Email re: Corrective action plan for HITS report (2011-DP-0001) | | 7/13/17 | | 7/17/17 @ 1:45 PM |
| P97 | Email re: Request for Detail | 7/13/17 | 7/13/17 | **Elie Stower** | 7/17/17 @ 1:45 PM |
| P98 | Email re: 2011-HA-0001 | | 7/13/17 | | 7/17/17 @ 1:45 PM |

| | | | | | |
|---|---|---|---|---|---|
| P99 | Email re: New Contractor Staff | | | | |
| P100 | Email re: GAO #120944, Request for contract information | **7/10/17** | **7/11/17 (100-A)** | **Sandra Burton** | **7/17/17 @ 1:45 PM** |
| P101 | Email re: Revised Management Decision Request for 2007-DP-0003 | | | | |
| P102 | Email re: FW: FY10 EPPES Evaluations | | **7/13/17** | | **7/17/17 @ 1:45 PM** |
| P103 | Email re: Need Status (8:04am) | | **7/13/17** | | **7/17/17 @ 1:45 PM** |
| P104 | Email re: CPARS (8:20 am) | | **7/13/17** | | **7/17/17 @ 1:45 PM** |
| P105 | Email re: GAO follow-up on contract documents | | **7/13/17** | | **7/17/17 @ 1:45 PM** |