Civil Judgment (Rev. DC 03/10)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

SANDRA BURTON

Plaintiff(s)

v.

Civil Action No. 12-CV-1537

SHAUN DONOVAN
in his official capacity, U.S. Department of
Housing and Urban Development

Defendant(s)

## JUDGMENT ON THE VERDICT
### FOR DEFENDANT

This cause having been tried by the Court and a Jury, before the Honorable

Christopher R. Cooper, Judge presiding, and the issues having been duly tried and the Jury having rendered its verdict; now therefore, pursuant to the verdict,

IT IS ORDERED, ADJUDGED AND DECREED that the plaintiff(s):

SANDRA BURTON

take nothing on the complaint against the defendant(s):

SHAUN DONOVAN, in his official capacity, U.S. Department of Housing and Urban Development

and that the said defendant(s) have and recover costs from the said plaintiff(s).

ANGELA D. CAESAR, Clerk

Dated: 7/17/17

By: _____
Deputy Clerk